ACCEPTED
06-14-00105-cv
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/20/2015 11:17:34 AM
DEBBIE AUTREY
CLERK

## NO. 06-14-00105-CV
_____

**IN THE SIXTH COURT OF APPEALS**
**DALLAS, TEXAS**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/20/2015 11:17:34 AM
DEBBIE AUTREY
Clerk

_____

PLETZE BROWN, JR.

*Appellant,*

**V.**

CITIMORTGAGE, INC.

*Appellee.*

_____

From the County Court, Dallas County, Texas
Trial Court No. CC-14-04645-B
Honorable King Fifer, Judge Presiding

_____

### NOTICE OF APPEARANCE AS LEAD COUNSEL
_____

PLEASE TAKE NOTICE that Mark D. Hopkins of the law firm Hopkins & Williams, PLLC appears herein as lead counsel for CitiMortgage, Inc. pursuant to TEX. R. APP. P. 6. Please send all communication to the undersigned at the address below:

Mark D. Hopkins
Hopkins & Williams, PLLC
12117 Bee Caves Rd., Suite 260
Austin, Texas 78738
Phone: (512) 600-4320 Facsimile: (512) 600-4326
mark@hopkinswilliams.com

*Notice of Appearance as Lead Counsel*
H610-1596

Respectfully Submitted:

**HOPKINS & WILLIAMS, P.L.L.C.**

By:    */s/ Mark D. Hopkins*

        Mark D. Hopkins
        State Bar No. 00793975
        12177 Bee Caves Road, Suite 260
        Austin, Texas 78738
        Phone: (512) 600-4320
        Fax: (512) 600-4326
        mark@hopkinswilliams.com

        ATTORNEY FOR CITIMORTGAGE, INC.

## CERTIFICATE OF SERVICE

I herby certify that on this 20th day of February 2015, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court and will send a true and correct copy to the following counsel of record:

**Via regular U.S. mail**
**and CMRRR# 70121640000171145992**
Pletze Brown Jr.
2412 Poniciana Lane
Dallas, Texas 75212

PRO SE APPELLANT

        */s/ Mark D. Hopkins*
        Mark D. Hopkins